AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
~~WILLIAMSPORT~~
MAR 26 2024
PER ___c AW___
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:24-MJ-00023 |
| THOMAS GREEN | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 2022 to present__ in the county of __Montour__ in the
__Middle__ District of __PA, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Influencing, Impeding, and Retaliating against a Federal Official by Threat |
| 18 U.S.C. § 875(c) | Interstate Threats |

This criminal complaint is based on these facts:
See attached Affidavit of FBI TFO Daniel R. Switzer.

☑ Continued on the attached sheet.

_TFO [signature]_
_Complainant's signature_

Daniel R. Switzer, FBI Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 03/26/24

_[signature]_
_Judge's signature_

City and state: ___WILLIAMSPORT, PA___      U.S. Magistrate Judge William I. Arbuckle
_Printed name and title_