UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 4:24-MJ-00023 |
| v. | |
| THOMAS GREEN, | (ARBUCKLE, M.J.) |
| Defendant. | |

## MOTION TO UNSEAL THE CASE

The United States Attorney for the Middle District of Pennsylvania and Kyle A. Moreno, Assistant United States Attorney, respectfully move the Court to unseal this case except for the Affidavit of Probable Cause attached to the Complaint.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

FILED
SCRANTON

MAR 27 2024

PER ___DJ___
DEPUTY CLERK

/s/ Kyle A. Moreno
KYLE A. MORENO
Assistant United States Attorney