# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT

MAR 27 2024

PER  EA
DEPUTY CLERK

United States of America
v.

THOMAS GREEN

Case No. 4:24-MJ-00023

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   THOMAS GREEN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B) - Influencing, Impeding, and Retaliating against a Federal Official by Threat
18 U.S.C. § 875(c) - Interstate Threats

Date: 03/26/2024

*Issuing officer's signature*

City and state:  Williamsport, PA

William I. Arbuckle, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/26/24, and the person was arrested on *(date)* 3/26/24
at *(city and state)* Danville, PA.

Date: 3/27/24

TFO Dan [illegible]
*Arresting officer's signature*

TFO Dan Svitar
*Printed name and title*