UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO. 4:24-MJ-00023 |
| v. : | |
| : | |
| THOMAS GREEN, : | (ARBUCKLE, M.J.) |
| Defendant. : | |

## ORDER

NOW THIS 27th day of March 2024, upon consideration of the Government's Motion to Unseal the Case, it is hereby ORDERED, that the Clerk may unseal the above captioned case, except for the Affidavit of Probable Cause attached to the Complaint.

_s/William I. Arbuckle_
WILLIAM I. ARBUCKLE
U.S. Magistrate Judge